LAURENCE S. HAYNES, Respondent, v. CLARKE D. PEASE, Defendant, Impleaded with CLARKE D. PEASE, INC., Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of ARTHUR JOSEPH and MAX JOSEPH, as Trustees of the Estate of ROSA JOSEPH, Deceased. FLORA GOLDSTEIN and Others, Appellants; LEO JOSEPH and Others, Respondents.— Decree, so far as appealed from, affirmed, with costs to the respondents payable out of the estate. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MARTIN SIEGELSTEIN, Respondent, v. SECOND AVENUE BATHS CORPORATION, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.; Dowling, P. J., and Martin, J., dissent.

PAUL BURRI, Respondent, v. ALBERT WESTLAKE, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

CHELSEA EXCHANGE BANK, Respondent, v. FRANK GAIR MACOMBER, JR., Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. CONGRESS RADIO, INC., and ISAAC GREENBERG, Respondents.*— Judgment affirmed. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.; Martin, J., dissents. [133 Misc. 542.]

JONAS A. KOERPEL, Respondent, v. AGFA ANSCO CORPORATION and Others, Appellants.— Order, so far as appealed from affirmed, with ten dollars costs and disbursements, with leave to the defendants to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application of THE NEW YORK, NEW HAVEN AND HARTFORD RAILROAD COMPANY for an Order of Certiorari Directed to JOHN F. GILCHRIST and Others, etc., in the Matter of Two Switch Tracks of the Petitioner Proposed to Cross Eastchester Road in the Borough of The Bronx, City of New York.— Order of certiorari dismissed and determination confirmed, with fifty dollars costs and disbursements to the respondents, with leave to the petitioner to renew its application to the Transit Commission upon obtaining the consent of the city of New York to the additional facilities in question. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

BULA E. CROKER, Respondent, v. RICHARD CROKER, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.; O'Malley, J., dissents.